IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APRIL KINDA, and SOMBEOUINDIN KINDA,<br><br>Plaintiffs,<br><br>vs.<br><br>UR JADDOU, Director, United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, the;<br><br>Defendants. | 8:22CV3037<br><br>**PROGRESSION SCHEDULE** |

In accordance with the parties' proposed progression schedule (Filing No. 20),

**IT IS ORDERED:**

1. Plaintiffs shall file their motion for summary judgment by September 26, 2022.

2. Defendants shall file their brief in opposition to Plaintiffs' motion for summary judgment by October 26, 2022.

3. Defendants shall file their cross-motions for summary judgment by October 26, 2022.

4. Plaintiffs shall file their reply brief in support of their motion for summary judgment by November 9, 2022.

5. Plaintiffs shall file their brief in opposition to Defendants' cross-motions for summary judgment by November 9, 2022.

6. Defendants shall file their reply brief in support of their cross-motions for summary judgment by November 23, 2022.

Dated this 26th day of August, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge