IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APRIL KINDA, and SOMBEOUINDIN KINDA,<br><br>Plaintiffs,<br><br>vs.<br><br>UR JADDOU, Director, United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, the;<br><br>Defendants. | 8:22CV3037<br><br>**AMENDED PROGRESSION SCHEDULE** |

THIS MATTER is before the Court on Defendants' Unopposed Motion to Extend Progression Order. ([Filing No. 24](#).) The motion is granted. Accordingly,

IT IS ORDERED that the provisions of the Court's previous Progression Schedule remain in effect, and in addition to those provisions, progression shall be amended as follows:

**IT IS ORDERED:**

1. Defendants shall file their brief in opposition to Plaintiffs' motion for summary judgment by November 9, 2022.

2. Defendants shall file their cross-motions for summary judgment by November 9, 2022.

3. Plaintiffs shall file their reply brief in support of their motion for summary judgment by November 30, 2022.

5. Plaintiffs shall file their brief in opposition to Defendants' cross-motions for summary judgment by November 30, 2022.

6. Defendants shall file their reply brief in support of their cross-motions for summary judgment by December 21, 2022.

Dated this 28th day of October, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge